AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
March 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: M. Ramirez
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | |
| RON KUHLMEYER | ) | MO:23-MJ-058 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Oct. 28 - Nov. 7, 2022 in the county of Midland in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1462(a) | Importation or Transportation of Obscene Matters |
| 18 U.S.C. Section 1466A(a)(1) | Obscene Visual Represenations of the Sexual Abuse of Children |

This criminal complaint is based on these facts:
See Attacehd Affadivit.

☑ Continued on the attached sheet.

Attested to by applicant pursuant to Rule 4.1 of Fed. R. Crim. P. by phone & email.

/s/ Anthony Dreitner
*Complainant's signature*

H.S.I. Special Agent Anthony Dreitner
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/03/2023

*Judge's signature*

City and state: Midland, Texas     Hon. Ronald C. Griffin, U.S. Magistrate Judge
*Printed name and title*